

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

§                                   No. 08-15-00218-CV

§
IN THE INTEREST OF K.A.K. AND                        Appeal from the
A.V.K., CHILDREN,                    §
                                                 302nd District Court
§
                                            of Dallas County, Texas
§
                                               (TC# DF-13-13628)
§

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to Rule 42.1(a)(1) because Appellant no longer wishes to pursue the appeal. *See* TEX.R.APP.P. 42.1(a)(1)(authorizing appellate court to dismiss appeal on the appellant's motion). We grant the motion and dismiss the appeal. All pending motions are denied as moot.


October 28, 2015
                                        YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.